# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROBERT MINACAPELLI,

    Plaintiff,

v.                                            Case No.: 6 :18-cv-00456-RBD-KRS

HARLEY DAVIDSON CREDIT
CORPORATION,

    Defendant.

_____/

## JOINT STIPULATION TO STAY CASE AND COMPEL ARBITRATION

Plaintiff Robert Minacapelli ("Plaintiff"), and Defendant Harley-Davidson Credit Corporation ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint stipulation to stay the case and compel arbitration, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Defendant on or about March 26, 2018. *See* Doc. 1, Complaint.

2. The Parties have since agreed to arbitrate all of the claims in this case pursuant to the arbitration provision within an enforceable written agreement between the parties, a copy of which is attached hereto as Exhibit "A."

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "B," which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "B."

Respectfully submitted this 11th day of May, 2018.

By: */s/ Jason R. Derry (with permission)*  
Jason Robert Derry  
Morgan & Morgan, PA  
One Tampa City Center Ste 700  
201 N Franklin Street  
Tampa, FL 33602-5157  
Telephone: 813-318-5180  
Facsimile: 813-257-0577  
jderry@forthepeople.com  

*Attorneys for Plaintiff Robert Minacapelli*

By: */s/ Emily Y. Rottmann*  
Sara F. Holladay-Tobias  
Florida Bar No. 026225  
Emily Y. Rottmann  
Florida Bar No.  0093154  
McGuireWoods LLP  
50 N. Laura Street, Suite 3300  
Jacksonville, Florida 32202  
Telephone: (904) 798-3200  
Facsimile:  (904) 798-3207  
erottmann@mcguirewoods.com  

*Attorneys and Trial Counsel for Defendant Harley Davison Credit Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing on May 11, 2018, to all counsel of record listed below:

> Jason Robert Derry, Esq.
> Morgan & Morgan, P.A.
> One Tampa City Center, Suite 700
> 201 N. Franklin Street
> Tampa, FL 33602
> Jderry@forthepeople.com
>
> *Attorney for Plaintiff Robert Minacapelli*

*/s/ Emily Y. Rottman*  
Emily Y. Rottman

102344127_1